GABRIEL A. BOBRICK v. DAVID MACKENZIE.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

CARL D. RITZWOLLER v. GUSTAV LURIE and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of THE PUBLIC SERVICE COMMISSION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THE CITY OF NEW YORK v. ILLINOIS SURETY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PAOLO CASTIGLIONE v. AUSTRO-AMERICANA STEAMSHIP COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of JENNINGS STREET.— Motion to confirm referee's report granted. Order to be settled on notice to corporation counsel. Motion to fix referee's fees granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of JENNINGS STREET.— Motion to confirm referee's report granted. Order to be settled on notice to corporation counsel. Motion to fix referee's fees granted. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PERRY WEINSTEIN v. HYMAN LEIBOWITZ and Others.— Motion for stay granted. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

W. ROE W. NICHOLS v. FRED FEAR & COMPANY.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of JOHN L. LAGARENNE.— Motion denied. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of FRANCIS McGEE.— Motion denied. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

H. M. WEILL COMPANY v. ALBERTINA D. CREVELING.— Motion denied, with ten dollars costs. Memorandum per curiam. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of NICHOLAS SCHLOEDER, an Attorney.— Reference ordered to Hon. Henry A. Gildersleeve, Official Referee. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

LILLA M. BALDWIN, Respondent, v. GEORGE W. MEACHAM, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Shearn, JJ.